*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

JASON DIAZ,

        Defendant-Appellee.

UNPUBLISHED
April 13, 2023

No. 359949
Ionia Circuit Court
LC No. 2021-018262-FH

Before: SHAPIRO, P.J., and LETICA and FEENEY, JJ.

SHAPIRO, P.J. (*concurring*).

        I concur in the result only.

                                     /s/ Douglas B. Shapiro

-1-